UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| PAMELA LARSON, ) ) Case No. 4:19-cv-04136-LLP Plaintiff, ) ) vs. ) ) STIPULATION OF DISMISSAL MILLS AFTERMARKET ) ACCESSORIES, INC. d/b/a RADCO ) TRUCK ACCESSORY CENTER, ) ) Defendant. ) ) | |

PAMELA LARSON,

    Plaintiff,

vs.

MILLS AFTERMARKET ACCESSORIES, INC. d/b/a RADCO TRUCK ACCESSORY CENTER,

    Defendant.

Case No. 4:19-cv-04136-LLP

STIPULATION OF DISMISSAL

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

    IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, by their respective counsel, that this action having been amicably resolved, the Complaint is hereby dismissed, on the merits, with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, each party to bear their own costs and attorneys' fees.

Dated: December 18, 2019

/s/ _____
Tracye L. Sherrill
**LYNN, JACKSON, SHULTZ & LEBRUN, P.C.**
110 North Minnesota Avenue, Suite 400
Sioux Falls, SD 57104-6475
Telephone: 605.332.5999
Email: tsherrill@lynnjackson.com

*Attorney for Plaintiff*

Dated: December 18, 2019

/s/ *Jade B. Jorgenson*
Jade B. Jorgenson (#4600)
**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
Telephone: 612.492.7000
Email: jjorgenson@fredlaw.com

*Attorney for Defendant*