UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| PAMELA LARSON, | CIV 19-4136 |
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| MILLS AFTERMARKET ACCESSORIES, INC., d/b/a Radco Truck Accessory Center, | |
| Defendant. | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Based upon the Stipulated Motion of Dismissal, Doc. 18, it is hereby,

ORDERED, ADJUDGED AND DECREED that the Plaintiff's Complaint against Defendant is dismissed on the merits, with prejudice, each party to bear its own costs and fees.

Dated this 3rd day of January, 2020.

BY THE COURT:

*[signature]*
Lawrence L. Piersol
United States District Judge

ATTEST:
MATTHEW W. THELEN, CLERK

*[signature]*